UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOT EVAN WARMENHOVEN and
CARRIE ANNE WARMENHOVEN and
Their Marital Community,

    Plaintiffs,

v.

FIRST HORIZON HOME LOAN
CORPORATION and EQUIFAX
INFORMATION SERVICES, LLC,

    Defendants.

Case No. C 08-5206 KLS

ORDER GRANTING LIMITED
EXTENSION OF PRETRIAL
DEADLINES

This matter comes before the Court on Plaintiffs' unopposed Motion for Extension of Pretrial Deadlines (Dkt. #32). The Plaintiffs are requesting an extension of all pretrial deadlines of 60 days. This requested extension would result in a mediation deadline and motions in limine deadline one month past the trial date and for that reason cannot be granted. The Court will, however, extend the following pretrial deadlines:

    Discovery Deadline              February 26, 2009

    Dispositive Motions Deadline    March 26, 2009

All other deadlines as set forth in the Order Setting Trial, Pretrial Dates, and Ordering Mediation (Dkt. 21) shall remain as initially set.

Order Granting Limited Extension of
Pretrial Deadlines
Page - 1

1
2
3     DATED this 13th day of January, 2009.
4
5                                       Karen L. Strombom
6                                       United States Magistrate Judge

Order Granting Limited Extension of
Pretrial Deadlines
Page - 2