THE HONORABLE KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOT EVAN WARMENHOVEN and CARRIE ANNE WARMENHOVEN and Their Marital Community;<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST HORIZON HOME LOAN CORPORATION and EQUIFAX INFORMATION SERVICES, LLC;<br><br>　　　　　　　Defendants. | Case No. 03:08-CV-05206-KLS<br><br>ORDER DISMISSING DEFENDANTS FIRST HORIZON HOME LOAN CORPORATION AND EQUIFAX INFORMATION SERVICES, LLC. |

THIS MATTER having been resolved by the parties;

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without costs or fees to any party.

DATED this 24th day of April, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Page 1 -　ORDER OF DISMISSAL
　　　　　Case No. 03:08-CV-05206-KLS

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)